UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------X
EUROINVEST SECURITIES LIMITED and
MURAT SAFIN
                    Plaintiffs,

                                                    **ORDER**

            - against -
                                                23 Civ. 1130 (NRB)

BARCLAYS BANK PLC,

                    Defendant.
------------------------------------X
**NAOMI REICE BUCHWALD**
**UNITED STATES DISTRICT JUDGE**


      Having reviewed the parties' pre-motion letters, dated July

31, 2023 and August 10, 2023, ECF Nos. 11, 14, the Court has

determined that defendant may bring its motion without the

necessity of a pre-motion conference.

      Plaintiffs are reminded that if, consistent with Rule 11,

they can assert additional allegations to cure any alleged

deficiencies raised by defendant's letter, it would be in the best

interest of both the parties and the Court for plaintiffs to assert

them now, before briefing on the proposed motions. Plaintiffs are

thus granted leave to file an amended complaint within two weeks

of this Order. At that time, if no amended complaint has been

filed, the parties should confer on a briefing schedule agreeable

to both sides, in which no more than sixty days elapse from the

filing of defendant's motion to the filing of defendant's reply.

**SO ORDERED.**

Dated:       New York, New York
             August 22, 2023

NAOMI REICE BUCHWALD
UNITED STATES DISTRICT JUDGE